✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CIVIL MINUTES - GENERAL

Case No.   CV 02-03750 RMT (AJWx)          Date:  November 7, 2002
Title:     Eric Berg et al, v. Del Amo Hospital
==============================================================================

PRESENT:

THE HONORABLE ROBERT M. TAKASUGI, US DISTRICT JUDGE

    Victor Paul Cruz                       Not present
    Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    Not Present                                Not Present


PROCEEDINGS:  <u>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION</u>

IT IS ORDERED that counsel show cause in writing not later than November 18, 2002 why this action should not be dismissed for lack of prosecution. (Rule 4(j) F.R.Civ.P.) Or L.R. 12)

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. The Court will consider as a satisfactory response the filing of the following on or before the appropriate date shown above


Proof of service of summons and complaint on all defendants showing service within 120 days from date complaint was filed.



Plaintiff's counsel shall serve a copy of this order on all counsel and/or parties, and file a proof of service thereof, FORTHWITH.

MINUTES FORM 11                              Initials of Deputy Clerk vpc
CIVIL - GEN



